UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22159-CIV-MARTINEZ/BECERRA

VENIT JEAN BAPTISTE,

    Plaintiff,

v.

VICTORIA BOURLAND, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra for all pretrial proceedings. (*See* ECF No. 6). Magistrate Judge Becerra issued a report and recommendation ("R&R") on Plaintiff's Application for Leave to Proceed *in forma pauperis* ("IFP Motion"), (ECF No. 11), and Motion for Referral to Volunteer Attorney Program ("Motion for Referral"), (ECF No. 12). (ECF No. 13). Pursuant to 28 U.S.C. § 1915(e), Judge Becerra recommended that (1) Plaintiff's Amended Complaint be dismissed without prejudice; (2) the IFP Motion be denied as moot; and (3) the Motion for Referral be denied. (ECF No. 13). The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 13), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Plaintiff's Amended Complaint is **DISMISSED without prejudice**. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of June, 2022.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
Venit Jean Baptiste, *pro se*